**Fill in this information to identify the case:**

Debtor name    **DB 85 Gym Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-13580**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2017**        X **/s/ Howard Brodsky**
_____
Signature of individual signing on behalf of debtor

**Howard Brodsky**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **DB 85 Gym Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-13580**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................    $ _____1,673,226.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................    $ _____1,673,226.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____34,160,538.71

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$ _____527,419.56

4.    **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b    $ _____34,687,958.27

**Fill in this information to identify the case:**

Debtor name   **DB 85 Gym Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **16-13580**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **4374** | $0.00 |
| 3.2. | **Chase** | **Checking** | **2310** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                            $0.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit held by landlord 30 East 85th Street Company.** | $1,500,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **DB 85 Gym Corp.**                                          Case number *(If known)*  **16-13580**
          Name

9.    **Total of Part 2.**                                                            $1,500,000.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| | 15.1.  **Subsidiary DB South Beach Corporation.** | 100 % | Unknown |
| | 15.2.  **Subsidiary DB Broadway Gym Corporation.** | 100 % | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.    **Total of Part 4.**                                                           $0.00
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **DB 85 Gym Corp.** | Case number *(If known)* **16-13580** |
| --- | --- | --- |
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Desks, couches, lamps, etc.  Appraisal value included in market value listed for gym equipment below.** | **$1,007.51** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer equipment.** | **$0.00** | | **$0.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Gym equipment.  See attachment for inventory.  Appraisal value includes values for office furniture and leased gym equipment.** | **$37,294.40** | **Appraisal** | **$173,226.00** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | **$173,226.00** |
| --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor    **DB 85 Gym Corp.**                                    Case number *(If known)*  **16-13580**
           _____
           Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease with 30 East 85th Street Company for premises located at 30 E. 85th Street, New York, New York.** | Leasehold | Unknown | | Unknown |

56.    **Total of Part 9.**                                                        **$0.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **DB 85 Gym Corp.** | Case number *(If known)* **16-13580** |
|---|---|---|
| | Name | |

| 71. | **Notes receivable** | |
|---|---|---|
| | Description (include name of obligor) | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| | **Commercial liability policy issued by National Casualty Company.** | **Unknown** |

| | **Commercial excess liability policy.** | **Unknown** |
|---|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **DB 85 Gym Corp.** | | Case number *(If known)* **16-13580** |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,500,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $173,226.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,673,226.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,673,226.00 |

In re   **DB 85 Gym Corp.**                                                    Case No.    __16-13580__
                          Debtor(s)


## SCHEDULE A/B - PROPERTY
**Attachment A - Inventory of Gym Equipment and Furniture (Includes Leased Equipment)**

| Company name | David Barton Gym | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | MADISON AVE | | Date: | 12/27/2016 | | | | | | | |
| Address | 30 EAST 85TH STREET | | Corp/DC/ Retail | RETAIL | | | | | | | |
| City | New York | | Square Feet | 13,134 | | | | | | | |
| State, Zip | NY 10028 | | Consultant: | Jesse Bien | | | | Total | | $111,353.00 | $173,226.00 |
| Category | Description | Model | Serial No | Year | Mfg | QTY | Low Price | Selling Price | Ext Low Price | Ext Selling Price |
| YOGA/SPIN | METAL FOLDING CHAIR | IVENGAR | | | BHEKA | 12 | $15.00 | $35.00 | $180.00 | $420.00 |
| MISC | CEILING FAN, 60" | | | | BIG ASS | 1 | $150.00 | $250.00 | $150.00 | $250.00 |
| MACHINE | INDOOR ROWER | PM3 OR PM4 | | 2014 | CONCEPT 2 | 2 | $200.00 | $300.00 | $400.00 | $600.00 |
| REFRIGERATION | GLASS DOOR REFRIGERATOR | | | | CONTINENTAL | 1 | $300.00 | $500.00 | $300.00 | $500.00 |
| AUDIO | POWER AMP | Xti | | | CROWN | 1 | $30.00 | $60.00 | $30.00 | $60.00 |
| IT | CPU | OPTIPLEX 780 | | | DELL | 4 | $75.00 | $125.00 | $300.00 | $500.00 |
| MISC | PLATFORM SCALE, 400 LB CAP | | | | DETECTO | 1 | $50.00 | $10.00 | $50.00 | $10.00 |
| AUDIO | FLOOR SPEAKER | LX118P | | 2014 | EV | 3 | $150.00 | $200.00 | $450.00 | $600.00 |
| MISC | HEAVY BAG, 48" + BODY PROTECTION | | | | EVERLAST | 1 | $50.00 | $100.00 | $50.00 | $100.00 |
| FREE WEIGHTS | BAR BELL RACK WITH 9 BARS WEIGHING 20 - 110 POUNDS GRADUATED BY 10 POUNDS, TOTAL WEIGHT 600 LB STACK | | | 2014 | HAMMER STRENGTH | 1 | $350.00 | $500.00 | $350.00 | $500.00 |
| MACHINE | DECLINE PRESS WITH 300 LB STACK | MTSDP | | | HAMMER STRENGTH | 1 | 800 | 1200 | $800.00 | $1,200.00 |
| MACHINE | ABDOMINAL CRUNCH, 150 LB STACK | MTSAC | | | HAMMER STRENGTH | 1 | 800 | 1200 | $800.00 | $1,200.00 |
| MACHINE | MOTION TECHNOLOGY, 300 LB STACK | RW | | | HAMMER STRENGTH | 1 | 700 | 1000 | $700.00 | $1,000.00 |
| MACHINE | SHOULDER PRESS, 150 LB STACK | SP | | | HAMMER STRENGTH | 1 | 800 | 1200 | $800.00 | $1,200.00 |
| MACHINE | INCLINE PRESS, 300 LB | | TIP030118 | | HAMMER STRENGTH | 1 | 800 | 1200 | $800.00 | $1,200.00 |
| MACHINE | V-SQUAT | B00 | PLVSO | | HAMMER STRENGTH | 1 | 800 | 1200 | $800.00 | $1,200.00 |
| MACHINE | AB PULL UP | | | | HAMMER STRENGTH | 1 | 400 | 600 | $400.00 | $600.00 |
| FREE WEIGHTS | BAR BELL RACK WITH 9 BARS WEIGHING 20 - 110 POUNDS GRADUATED BY 10 POUNDS, TOTAL WEIGHT 600 LB STACK | | | | HAMMER STRENGTH | 1 | 200 | 300 | $200.00 | $300.00 |
| MACHINE | BENCH | | | | HAMMER STRENGTH | 1 | 100 | 200 | $100.00 | $200.00 |
| MISC | PLATFORM SCALE, 300 LB CAPACITY | PROFESSIONAL | | | HEALTH O METER | 2 | $75.00 | $125.00 | $150.00 | $250.00 |
| IT | PRINTER | P3005dn | | | HP | 1 | $25.00 | $50.00 | $25.00 | $50.00 |
| FREE WEIGHTS | IRON GRIP DUMBELLS, PRICED BY THE POUND | | | | IRON GRIP | 2890 | $0.30 | $0.60 | $867.00 | $1,734.00 |
| FREE WEIGHTS | IRON GRIP PLATES BY THE POUND | | | | IRON GRIP | 920 | $0.30 | $0.60 | $276.00 | $552.00 |
| FREE WEIGHTS | BAR RACK | | | | KING FITNESS | 1 | $50.00 | $100.00 | $50.00 | $100.00 |
| MACHINE | TREAD MILL Elevation Series FlexStrider Trainer | 95FS | SEE EXCLUSIONS | | LIFE FITNESS | 14 | $1,800.00 | $2,500.00 | $25,200.00 | $35,000.00 |
| MACHINE | GLUTE, 160 LB STACK | SS-GL | | | LIFE FITNESS | 1 | $1,800.00 | $2,500.00 | $1,800.00 | $2,500.00 |
| MACHINE | LIFECYCLE, RECUMBENT | 95RS | SEE EXCLUSIONS | | LIFE FITNESS | 4 | $1,500.00 | $2,000.00 | $6,000.00 | $8,000.00 |
| MACHINE | LIFECYCLE | 95CS | SEE EXCLUSIONS | | LIFE FITNESS | 4 | $1,800.00 | $2,500.00 | $7,200.00 | $10,000.00 |
| MACHINE | SEATED LEG CURL, 250 LB STACK | SS SLC | | | LIFE FITNESS | 1 | $1,200.00 | $2,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | ASSIST DIP/ASSIST CHIN, 175 LB STACK | SSADC | | | LIFE FITNESS | 1 | $1,500.00 | $2,000.00 | $1,500.00 | $2,000.00 |
| CARDIO | ELIPTICAL | 95XS | | | LIFE FITNESS | 4 | $1,000.00 | $1,500.00 | $4,000.00 | $6,000.00 |
| CARDIO | ELIPTICAL, RECUMBANT | 95RS | | | LIFE FITNESS | 4 | $1,500.00 | $2,000.00 | $6,000.00 | $8,000.00 |
| MACHINE | CHEST PRESS, 420 LB STACK | | | | LIFE FITNESS | 1 | $1,000.00 | $1,500.00 | $1,000.00 | $1,500.00 |
| MACHINE | DUAL ADJUSTABLE PULL DOWN, 300LB STACK | SM15 | | | LIFE FITNESS | 2 | $400.00 | $700.00 | $800.00 | $1,400.00 |
| MACHINE | DUAL ADJUSTABLE PULL DOWN 95 IB STACK | SM22 | | | LIFE FITNESS | 2 | $800.00 | $1,200.00 | $1,600.00 | $2,400.00 |
| MACHINE | DUAL PULLEY ROW, 300 LB STACK | SM16 | | | LIFE FITNESS | 2 | $400.00 | $800.00 | $800.00 | $1,600.00 |
| MACHINE | FREE STAND ADJUSTABLE PULLEY, 190 LB STACK | | | | LIFE FITNESS | 2 | $600.00 | $1,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | SMITH MACHINE WITH IRON GRIP PLATES, 575 POUNDS | PLO6 | | | LIFE FITNESS | 1 | $1,500.00 | $2,000.00 | $1,500.00 | $2,000.00 |
| MACHINE | ROW REAR DELTOID, 290 LB STACK | | | | LIFE FITNESS | 1 | $800.00 | $1,200.00 | $800.00 | $1,200.00 |
| MACHINE | PULL DOWN, 440 LB | CMPD | | | LIFE FITNESS | 1 | $1,000.00 | $1,500.00 | $1,000.00 | $1,500.00 |
| MACHINE | LATERAL RAISE, 190 LB STACK | FZLR | | | LIFE FITNESS | 1 | $1,800.00 | $2,500.00 | $1,800.00 | $2,500.00 |
| MACHINE | REAR DELT/PECT FLY, 255 LB | SU35 | | | LIFE FITNESS | 1 | $1,200.00 | $2,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | LEG EXTENSION, 290 LB STACK | FZSLE | | | LIFE FITNESS | 1 | $1,200.00 | $2,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | LEG CURL | SL30 | | | LIFE FITNESS | 1 | $1,200.00 | $2,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | LINEAR LEG PRESS | HSLLP | | | LIFE FITNESS | 1 | $1,000.00 | $1,500.00 | $1,000.00 | $1,500.00 |
| MACHINE | SEATED LEG PRESS, 390 LB | FZSLP | | | LIFE FITNESS | 1 | $1,800.00 | $2,500.00 | $1,800.00 | $2,500.00 |
| MACHINE | CAFE EXTENSION, 350 LB | FCCE | | | LIFE FITNESS | 1 | $400.00 | $600.00 | $400.00 | $600.00 |
| MACHINE | LEG EXTENSION, 200 LB | FZLE | | | LIFE FITNESS | 1 | $1,200.00 | $2,000.00 | $1,200.00 | $2,000.00 |
| MACHINE | HIP ABDUCTION, 190 LB STACK | SL60 | | | LIFE FITNESS | 1 | $1,800.00 | $2,500.00 | $1,800.00 | $2,500.00 |
| IT | PHONE SYSTEM PHONE 221, 6 DESK PHONES | NT8B27 | | | NORTEL | 1 | $150.00 | $250.00 | $150.00 | $250.00 |
| PILATES | CADILLAC AND TOWER | | | | PEAK PILATES | 4 | $800.00 | $1,200.00 | $3,200.00 | $4,800.00 |
| PILATES | HIGH LADDER BARREL | | | | PEAK PILATES | 2 | $200.00 | $300.00 | $400.00 | $600.00 |
| PILATES | REFORMER | | | | PEAK PILATES | 4 | $800.00 | $1,200.00 | $3,200.00 | $4,800.00 |
| CARDIO | ELIPTICAL | | | | PRECOR | 12 | $600.00 | $1,200.00 | $7,200.00 | $14,400.00 |
| AUDIO | STUDIO LINEAR AMP | SLA2 | | | QSC | 1 | $75.00 | $150.00 | $75.00 | $150.00 |
| AUDIO | PROCESSING AMP | CX168 | | | QSC | 1 | $75.00 | $150.00 | $75.00 | $150.00 |
| AUDIO | COMMERCIAL PROCESSOR | CP52S | | | RANE | 1 | $75.00 | $125.00 | $75.00 | $125.00 |
| MACHINE | RECUMBANT ARMS | | | | SCIFIT | 1 | $800.00 | $1,200.00 | $800.00 | $1,200.00 |
| MISC | BLACK PLASTIC STEP | | | | THE STEP | 20 | $10.00 | $20.00 | $200.00 | $400.00 |
| MISC | BLACK PLASTIC STEP RISER | | | | THE STEP | 90 | $5.00 | $15.00 | $450.00 | $1,350.00 |
| IT | COPIER/ SCANNER/ FAX | | | | XEROX | 2 | $50.00 | $100.00 | $100.00 | $200.00 |

| Category | Description | | | | | | Qty | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISC | RUBBER FLOOR TILE, 2' X 2' | | | | 2014 | | 1600 | $3.00 | $5.00 | $4,800.00 | $8,000.00 |
| FREE WEIGHTS | DUMBELL RACKS | | | | | | 4 | $100.00 | $200.00 | $400.00 | $800.00 |
| AUDIO | SPEAKERS ASSORTED | | | | | | 6 | $10.00 | $30.00 | $60.00 | $180.00 |
| FURNITURE | BIRDS EYE MAPLE TABLE WITH LIVE EDGE | | | | | | 1 | $150.00 | $300.00 | $150.00 | $300.00 |
| FURNITURE | RECEPTION TABLE, WROUGHT IRON WITH ACRYLIC TOP | | | | | | 1 | $100.00 | $200.00 | $100.00 | $200.00 |
| FURNITURE | TABLE WROUGHT IRON AND GLASS | | | | | | 1 | $25.00 | $50.00 | $25.00 | $50.00 |
| FURNITURE | PUB TABLE | | | | | | 1 | $25.00 | $50.00 | $25.00 | $50.00 |
| MISC | AUTO POLE | | | | | | 5 | $20.00 | $50.00 | $100.00 | $250.00 |
| MISC | MANNEQUIN | | | | | | 1 | $25.00 | $50.00 | $25.00 | $50.00 |
| FURNITURE | BUILT IN DAY BED | | | | | | 1 | $50.00 | $100.00 | $50.00 | $100.00 |
| MISC | GLASS UMBRELLA STAND | | | | | | 1 | $25.00 | $50.00 | $25.00 | $50.00 |
| MACHINE | BENCH, ASSORTED | | | | | | 3 | $100.00 | $200.00 | $300.00 | $600.00 |
| MACHINE | MULTI ADJUSTABLE BENCH | FB31 | | | | | 1 | $100.00 | $200.00 | $100.00 | $200.00 |
| MISC | ASSORTED EXERCISE BALLS | | | | | | 9 | $10.00 | $20.00 | $90.00 | $180.00 |
| MISC | WOODEN MASSAGE TABLE | | | | | | 3 | $100.00 | $150.00 | $300.00 | $450.00 |
| MISC | MIRROR WITH OAK FRAME LARGE AND LEANING, ASSORTED SIZING | | | | | | 3 | $100.00 | $300.00 | $300.00 | $900.00 |
| MISC | ASSORTED YOGA BLOCKS, MATS RTC | | | | | | 1 | $150.00 | $300.00 | $150.00 | $300.00 |
| MISC | METRO STYLE SHELVES | | | | | | 2 | $25.00 | $50.00 | $50.00 | $100.00 |
| FREE WEIGHTS | DUMBELLS, BY THE POUND | | | | | | 500 | $0.30 | $0.60 | $150.00 | $300.00 |
| MISC | UPHOLSTERED AND PADDED WALL SECTION, 78" X DIFFERENT WIDTHS | | | | | | 13 | $25.00 | $100.00 | $325.00 | $1,300.00 |
| MISC | TOWEL, USED TOWEL, AND GYM WIPE CANS | | | | | | 15 | $10.00 | $20.00 | $150.00 | $300.00 |
| MISC | ASSORTED SIZE FRAMED MIRRORS | | | | | | 14 | $5.00 | $20.00 | $70.00 | $280.00 |
| MISC | ASSORTED SPOT LIGHTS | | | | | | 20 | $10.00 | $20.00 | $200.00 | $400.00 |
| FURNITURE | 20-SECTIONS BANQUET WITH PILLOWS AND BOLSTERS | | | | | | 1 | $200.00 | $500.00 | $200.00 | $500.00 |
| FURNITURE | WHITE TABLE | | | | | | 2 | $15.00 | $30.00 | $30.00 | $60.00 |
| FURNITURE | BROWN UPHOLSTERED BENCH, 30" X 60" X 24" | | | | | | 5 | $50.00 | $100.00 | $250.00 | $500.00 |
| FURNITURE | FLOOR LAMP | | | | | | 2 | $10.00 | $20.00 | $20.00 | $40.00 |
| FURNITURE | ASSORTED STOOLS, ROCKER, CHAIRS | | | | | | 6 | $5.00 | $10.00 | $30.00 | $60.00 |
| FURNITURE | CHAIN CURTAIN | | | | | | 1 | $25.00 | $75.00 | $25.00 | $75.00 |
| IT | MONITOR, F/S 20" | | | | | | 5 | $10.00 | $20.00 | $50.00 | $100.00 |
| FURNITURE | LOT ASSORTED OFFICE FURNITURE, LAMPS, ETC | | | | | | 1 | $200.00 | $400.00 | $200.00 | $400.00 |
| MISC | DROP SAFE, 18" X 12" X 13" | | | | | | 1 | $150.00 | $300.00 | $150.00 | $300.00 |
| MISC | WOOD GRAIN 1/2 LOCKER DOOR | | | | | | 200 | $20.00 | $40.00 | $4,000.00 | $8,000.00 |
| MISC | TOWELS | | | | | | 1 | $300.00 | $400.00 | $300.00 | $400.00 |
| | TOTAL | | | | | | | | | $111,353.00 | $173,226.00 |

**Fill in this information to identify the case:**

Debtor name    **DB 85 Gym Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-13580**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1** **30 East 85th Street Company**
Creditor's Name

**c/o Manhattan Skyline Mgt. Corp.**
**101 West 55th Street**
**New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Security deposit held by landlord 30 East 85th Street Company.**

**Describe the lien**
**Security deposit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $158,858.71    Column B: $1,500,000.00

---

**2.2** **LBN Holding LLC**
Creditor's Name

**745 Fifth Avenue**
**New York, NY 10151**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/22/2011**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $25,219,958.84    Column B: $173,226.00

---

| Debtor | **DB 85 Gym Corp.** | Case number (if know) | **16-13580** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Life Fitness**
**2. Praesidian Capital Investors, LP**
**3. Praesidian II SPV1, LP**
**4. Praesidian II SPV2, LP**
**5. LBN Holding LLC**

☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Life Fitness** | Describe debtor's property that is subject to a lien | **Unknown** | **$173,226.00** |
|---|---|---|---|---|

Creditor's Name

**Columbia Center III, 5th Floor**
**9525 Bryn Mawr Avenue**
**Des Plaines, IL 60018**

Creditor's mailing address

**Leased gym equipment.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/12/13**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Praesidian Capital Investors, LP** | Describe debtor's property that is subject to a lien | **$2,424,765.18** | **$173,226.00** |
|---|---|---|---|---|

Creditor's Name

**2 Madison Avenue**
**Larchmont, NY 10538**

Creditor's mailing address

**All assets.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/22/2011**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Praesidian II SPV1, LP** | Describe debtor's property that is subject to a lien | **$5,683,836.99** | **$173,226.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **DB 85 Gym Corp.** | | Case number *(if know)* | **16-13580** |
|---|---|---|---|---|

Name

---

Creditor's Name

**All assets.**

**2 Madison Avenue**
**Larchmont, NY 10538**

Creditor's mailing address

**Describe the lien**

---

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**11/22/2011**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Praesidian II SPV2, LP** | **Describe debtor's property that is subject to a lien** | **$673,118.99** | **$173,226.00** |
|---|---|---|---|---|

Creditor's Name

**All assets.**

**2 Madison Avenue**
**Larchmont, NY 10538**

Creditor's mailing address

**Describe the lien**

---

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**11/22/2011**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$34,160,538.71**

---

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DB 85 Gym Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-13580**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Chase Commercial Banking**
**Attn.: Parker Dooly**
**Chase Commercial Banking**
**100 N. Broadway, 4th Floor**
**Oklahoma City, OK 73102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,223.47**

**3.2** | Nonpriority creditor's name and mailing address
**CW 600 West Chicago Property LLC**
**7847 Solution Center**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Guarantee of co-debtor's lease for premises located at 600 W. Chicago Avenue, Chicago, IL.**

Is the claim subject to offset? ■ No ☐ Yes

**$97,196.09**

**3.3** | Nonpriority creditor's name and mailing address
**Motionsoft, Inc.**
**Attn.: Ed Darwish**
**1451 Rockville Pike, Suite 500**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$425,000.00**

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **DB 85 Gym Corp.** | Case number (if known) | **16-13580** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **527,419.56** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **527,419.56** |

| Fill in this information to identify the case: |
|---|

Debtor name    **DB 85 Gym Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-13580**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at 30 East 85th Street, New York, New York** | |
| State the term remaining | **Until November 2020** | **30 East 85th Street Company c/o Manhattan Skyline Mgt. Corp. 101 W. 55th Street New York, NY 10019** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Gym equipment lease.** | |
| State the term remaining | **Through January 2017** | **Life Fitness Columbia Center III, 5th Floor 9525 Bryn Mawr Avenue Des Plaines, IL 60018** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **DB 85 Gym Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-13580**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Club Ventures Archive LLC** | **4 Astor Place** **New York, NY 10003** | | **Motionsoft, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.2 **Club Ventures III, L.L.C.** | **4 Astor Place** **New York, NY 10003** | | **Motionsoft, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3 **Club Ventures III, L.L.C.** | **4 Astor Place** **New York, NY 10003** | | **Praesidian Capital Investors, LP** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Club Ventures III, L.L.C.** | **4 Astor Place** **New York, NY 10003** | | **Praesidian II SPV1, LP** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Club Ventures III, L.L.C.** | **4 Astor Place** **New York, NY 10003** | | **Praesidian II SPV2, LP** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **DB 85 Gym Corp.** | Case number *(if known)* | **16-13580** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Club Ventures III, L.L.C.** | 4 Astor Place<br>New York, NY 10003 | **CW 600 West Chicago Property LLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.7 | **Club Ventures III, L.L.C.** | 4 Astor Place<br>New York, NY 10003 | **LBN Holding LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Life Fitness** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Motionsoft, Inc.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Praesidian Capital Investors, LP** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Praesidian II SPV1, LP** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Praesidian II SPV2, LP** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **LBN Holding LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **DB 85 Gym Corp.** | Case number *(if known)* | **16-13580** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Club Ventures Limelight LLC** | 4 Astor Place New York, NY 10003 | **Motionsoft, Inc.** | ☐ D _____  ■ E/F __3.3__  ☐ G _____ |
| 2.15 | **Club Ventures Miami LLC** | 4 Astor Place New York, NY 10003 | **Motionsoft, Inc.** | ☐ D _____  ■ E/F __3.3__  ☐ G _____ |
| 2.16 | **Club Ventures X, LLC** | 4 Astor Place New York, NY 10003 | **Motionsoft, Inc.** | ☐ D _____  ■ E/F __3.3__  ☐ G _____ |
| 2.17 | **Club Ventures X, LLC** | 4 Astor Place New York, NY 10003 | **Praesidian Capital Investors, LP** | ■ D __2.4__  ☐ E/F _____  ☐ G _____ |
| 2.18 | **Club Ventures X, LLC** | 4 Astor Place New York, NY 10003 | **Praesidian II SPV1, LP** | ■ D __2.5__  ☐ E/F _____  ☐ G _____ |
| 2.19 | **Club Ventures X, LLC** | 4 Astor Place New York, NY 10003 | **Praesidian II SPV2, LP** | ■ D __2.6__  ☐ E/F _____  ☐ G _____ |
| 2.20 | **Club Ventures X, LLC** | 4 Astor Place New York, NY 10003 | **LBN Holding LLC** | ■ D __2.2__  ☐ E/F _____  ☐ G _____ |

| Debtor | **DB 85 Gym Corp.** | Case number *(if known)* | **16-13580** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | **Non-debtor subsidiaries of CV Investment** | **4 Astor Place New York, NY 10003** The subsidiaries are: Club Ventures II, L.L.C.; CV II Gym, LLC; CV 2, LLC; CV III Gym, LLC; CV 3, LLC; Club Ventures IV, LLC; CV IV Gym, LLC; Club Ventures V, LLC; Club Ventures VI, LLC; CV VII Gym, LLC; CLub Ventures VIII, LLC; CV VIII Gym LLC; CV 4 Leasing, LLC; CV VI, LLC; Club Ventures IX, LLC; Club Ventures X, LLC; CV X Gym, LLC; Club Ventures XI, LLC; Club Ventures XII, LLC.  Some or all of the subsidiaries may no longer be operating. | **Praesidian Capital Investors, LP** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.22 | **Non-debtor subsidiaries of CV Investment** | **4 Astor Place New York, NY 10003** The subsidiaries are: Club Ventures II, L.L.C.; CV II Gym, LLC; CV 2, LLC; CV III Gym, LLC; CV 3, LLC; Club Ventures IV, LLC; CV IV Gym, LLC; Club Ventures V, LLC; Club Ventures VI, LLC; CV VII Gym, LLC; CLub Ventures VIII, LLC; CV VIII Gym LLC; CV 4 Leasing, LLC; CV VI, LLC; Club Ventures IX, LLC; Club Ventures X, LLC; CV X Gym, LLC; Club Ventures XI, LLC; Club Ventures XII, LLC.  Some or all of the subsidiaries may no longer be operating. | **Praesidian II SPV1, LP** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Non-debtor subsidiaries of CV Investment** | **4 Astor Place New York, NY 10003** The subsidiaries are: Club Ventures II, L.L.C.; CV II Gym, LLC; CV 2, LLC; CV III Gym, LLC; CV 3, LLC; Club Ventures IV, LLC; CV IV Gym, LLC; Club Ventures V, LLC; Club Ventures VI, LLC; CV VII Gym, LLC; CLub Ventures VIII, LLC; CV VIII Gym LLC; CV 4 Leasing, LLC; CV VI, LLC; Club Ventures IX, LLC; Club Ventures X, LLC; CV X Gym, LLC; Club Ventures XI, LLC; Club Ventures XII, LLC.  Some or all of the subsidiaries may no longer be operating. | **Praesidian II SPV2, LP** | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |

| Debtor | **DB 85 Gym Corp.** | Case number *(if known)* | **16-13580** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.24 | **Non-debtor subsidiaries of CV Investment** | 4 Astor Place<br>New York, NY 10003<br>**The subsidiaries are: Club Ventures II, L.L.C.; CV II Gym, LLC; CV 2, LLC; CV III Gym, LLC; CV 3, LLC; Club Ventures IV, LLC; CV IV Gym, LLC; Club Ventures V, LLC; Club Ventures VI, LLC; CV VII Gym, LLC; CLub Ventures VIII, LLC; CV VIII Gym LLC; CV 4 Leasing, LLC; CV VI, LLC; Club Ventures IX, LLC; Club Ventures X, LLC; CV X Gym, LLC; Club Ventures XI, LLC; Club Ventures XII, LLC.  Some or all of the subsidiaries may no longer be operating.** | **LBN Holding LLC** |
| | | | ■ D __2.2__ |
| | | | ☐ E/F _____ |
| | | | ☐ G _____ |
| 2.25 | **Club Ventures Investments LLC** | 4 Astor Place<br>New York, NY 10003 | **Life Fitness** |
| | | | ☐ D _____ |
| | | | ☐ E/F _____ |
| | | | ■ G __2.2__ |